UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | CV 26-4027-AS | Date | June 15, 2026 |
|---|---|---|---|
| Title | *Auni Chovet v. Sprouts Farmers market, Inc., et. al.,* | | |

Present: The Honorable    Alka Sagar, United States Magistrate Judge

| Alma Felix | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings (In Chambers):          ORDER TO SHOW CAUSE**

On May 5, 2026, Plaintiff filed a notice of settlement. (Dkt. No. 10). On the same date, the Court issued an order directing the parties to file a stipulation for dismissal of this case no later than June 4, 2026. (Dkt. No. 11).  The stipulation for dismissal was due on June 4, 2026 and to date, Plaintiff has failed to file it.

For this reason, Plaintiff is ORDERED TO SHOW CAUSE in writing, within fourteen (14) days of the date of this Order, why this case should not be dismissed without prejudice for failure to obey a court order. *See* Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

: 00
Initials of Preparer